**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANTHONY FABIANI,

                Plaintiff,                              21 **CIVIL** 5453 (LJL)

      -v-                                                **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated February 14, 2022, that this action be, and hereby is, reversed and remanded to the Acting Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
             February 15, 2022

                                                            **RUBY J. KRAJICK**

                                                              _____
                                                               **Clerk of Court**
                           **BY:**     *K. Mango*
                                                           _____
                                                                **Deputy Clerk**